**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JOHN CLEARY**                                                                 **PLAINTIFF/COUNTER-
DEFENDANT**

**v.**                                        **CASE NO. 2:22-CV-00038-BSM**

**BRANDT BOYD**                                                      **DEFENDANT/COUNTER-
CLAIMANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE